UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TOBIN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20−cv−01569−JGB−SHK<br><br>**ORDER GRANTING PARTIES' REQUEST FOR MINOR AMENDMENTS TO THE COURT'S APRIL 8, 2021 ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

- 1 -

ORDER GRANTING PARTIES' REQUEST FOR MINOR AMENDMENTS TO THE COURT'S APRIL 8, 2021 ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

1  Pursuant to the Stipulation of the Parties, and without affecting the finality of the Court's April 8, 2021 Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Vacating the April 12, 2021 Hearing (hereinafter "Order") (Dkt. No. 24), the class definition in the Order is hereby amended to be as follows: "All current and former non-exempt employees of Defendant in California who were paid premium pay and/or on-call pay and received an itemized wage statement that did not include either hours and/or rate associated therewith, at any time during the period from March 30, 2019 through October 14, 2020."

**IT IS SO ORDERED.**

Date: April 14, 2021

_____
Hon. Jesus G. Bernal
United States District Judge